UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONATO TORRES-MACIEL,<br>Petitioner,<br>v.<br>WARDEN OF THE NORTHWEST ICE PROCESSING CENTER,<br>Respondent. | CASE NO. 2:26-cv-03883-JNW<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On October 20, 2026, the Government filed a notice of imminent removal, stating it expects to remove Petitioner in seven days. Dkt. No. 8. The Court therefore requires expedited briefing to timely resolve this matter. Accordingly, the Court AMENDS the Government's deadline to file its return to October 23, 2026, at 12:00 p.m. Petitioner's traverse, if any, is due October 26, 2026.

Dated this 21st day of October 2026.

Joshua C. Lewis
Clerk

*/s/ Kathleen Albert*
Deputy Clerk